GEORGE H. KENNEDY, Respondent, v. ALLAN A. LOWNES, Appellant, Impleaded with Another.

*Appeal — judgment entered upon order of Appellate Division finally determining action, but not appealable of right.*

*Kennedy v. Lownes, 191 App. Div. 938, appeal dismissed.*
(Argued June 1, 1920; decided June 8, 1920.)

MOTION to dismiss an appeal from a judgment entered March 29, 1920, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, unanimously affirming interlocutory and final judgments entered pursuant to an order of said Appellate Division

reversing a judgment in favor of defendant entered upon a dismissal of the complaint by the court at an Equity Term.

The motion was made upon the grounds that the order of reversal was made upon the facts and that no question of law was presented for consideration by this court.

*George H. Kennedy* for motion.
*Simon Fleischmann* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, under the provisions of subdivision 4 of section 190 of the Code of Civil Procedure. The case of *McNamara* v. *Goldan* (194 N. Y. 315) is distinguished in that the final judgment in this case was not entered solely in pursuance of the mandate of the Appellate Division, but in part upon an examination of the merits of the case by the Special Term.